ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2015 JUN -3 PM 12:30

DEPUTY CLERK_____

| UNITED STATES OF AMERICA | |
|---|---|
| v. | NO. |
| YONNIE WU (1)<br>SCOTT DAVIS (2) | 3-15CR0247-L |

## INDICTMENT

The Grand Jury charges:

### Count One
Conspiracy to Possess with Intent to Distribute a Controlled Substance
[Violation of 21 U.S.C. § 846]

Between on or about October 2, 2013, and on or about May 13, 2015, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants, **Yonnie Wu** and **Scott Davis**, knowingly and intentionally combined, conspired, confederated and agreed with each other and with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to possess with intent to distribute and dispense a Schedule III controlled substance, to-wit: anabolic steroids, outside the usual course of professional medical practice and not for a legitimate medical purpose, in violation of 21 U.S.C. § 841(a)(1).

All in violation of 21 U.S.C. § 846.

Forfeiture Notice
[21 U.S.C. § 853(a)]

Upon conviction for the offense alleged in Count One of this Indictment and pursuant to 21 U.S.C. § 853(a), the defendants, **Yonnie Wu** and **Scott Davis**, shall forfeit to the United States of America all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as a result of the respective offense; and any property, real or personal, used or intended to be used, in any manner or part, to commit or facilitate the commission of the respective offense, specifically including:

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

_____
P.J. MEITL
Assistant United States Attorney
District of Columbia Bar No. 502391
Virginia Bar No. 73215
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8680
Facsimile: 214.659.8812
Email: philip.meitl@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

YONNIE WU
SCOTT DAVIS

3-15CR0247-L

INDICTMENT

21 U.S.C. § 846
Conspiracy to Possess with Intent to Distribute a Controlled Substance

21 U.S.C. § 853(a)
Forfeiture Notice

1 Count

A true bill rendered

DALLAS                                                          FOREPERSON

Filed in open court this __3rd__ day of June, 2015

_____ Clerk

Warrant to be issued

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
No. 3:15-MJ- 301-BK