ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2015 SEP 25 PM 3:31
DEPUTY CLERK_____ NM

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:15-CR-247-L |
| YONNIE WU | |

INFORMATION

The United States Attorney charges:

Count One
Possession of a Controlled Substance
[Violation of 21 U.S.C. § 844]

Between on or about October 2, 2013, and on or about May 13, 2015, the defendant, Yonnie Wu, knowingly and intentionally possessed a controlled substance, to wit, anabolic steroids, a Schedule III controlled substance, in violation of 21 U.S.C. 844.

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

*(signature)*

P.J. MEITL
Assistant United States Attorney
District of Columbia Bar No. 502391
Virginia Bar No. 73215
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8680
Facsimile: 214.659.8812
Email: philip.meitl@usdoj.gov