

*SEALED*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | NO. 3:15-CR-247-L |
| YONNIE WU | **FILED UNDER SEAL** |

## PLEA AGREEMENT SUPPLEMENT

Yonnie Wu, the defendant, Jeffrey Grass, the defendant's attorney, and the United States of America (the government), agree that the following additional terms are part of the Plea Agreement in the above-captioned case:

1. Wu agrees to fully cooperate with the United States, its agencies, and other law enforcement agencies and provide truthful and complete information and/or testimony before any Federal grand jury, the United States District Court, or in any other proceeding, concerning his participation in the offense of conviction and knowledge of criminal activities.

2. If, in its sole discretion, the government determines that Wu has provided substantial assistance in the investigation or prosecution of others, it will file a motion urging sentencing consideration for that assistance. Whether and to what extent to grant the motion are matters solely within the Court's discretion.

3. The government agrees that U.S.S.G. § 1B1.8 is applicable to Wu. Any information provided by Wu, other than that charged in the indictment, in connection with Wu's assistance to the United States, including debriefing and testimony, will not be used to increase Wu's Sentencing Guideline level or used against Wu for further

prosecution, if in the opinion of the United States Attorney Wu has met all of his obligations under the Plea Agreement and provided full, complete, and truthful information and testimony. However, nothing revealed by Wu during his debriefings and testimony would preclude his prosecution for any violent crime.

4. To facilitate Wu's cooperation, the parties agree that the United States may request a continuance of the sentencing.

AGREED TO AND SIGNED this 24 day of Sep, 2015.

JOHN R. PARKER
ACING UNITED STATES ATTORNEY

_____
RICK CALVERT
Deputy Criminal Chief

_____
P.J. MEITL
Assistant United States Attorney
District of Columbia Bar No. 502391
Virginia Bar No. 73215
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: (214) 659-8680
Facsimile: (214) 659-8812
Email: philip.meitl@usdoj.gov

_____
YONNIE WU
Defendant

_____
JEFFREY GRASS
Attorney for Defendant

# CERTIFICATE

I have read (or had read to me) this Plea Agreement Supplement and have carefully reviewed every part of it with my attorney. I fully understand it and voluntarily agree to it.

_____  09/24/2015
YONNIE WU                         Date
Defendant


I am the Defendant's counsel. I have carefully reviewed every part of this Plea Agreement Supplement with the defendant. To my knowledge and belief, my client's decision to enter into this Plea Agreement is an informed and voluntary one.

_____  09/25/2015
JEFFREY GRASS                     Date
Attorney for Defendant